FILED
DEC 0 9 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 09CR3422-GT |
|                             ) | |
|         Plaintiff,          ) | |
|                             ) | |
| v.                          ) | **ORDER CONTINUING/ADVANCING HEARING** |
|                             ) | |
| SOPHIA JOHNSON,             ) | |
|                             ) | |
|         Defendant.          ) | |

**IT IS HEREBY ORDERED** that the hearing currently scheduled for January 6, 2010 be rescheduled to **Monday, December 14, 2009, at 9:00 a.m.**

IT IS SO ORDERED.

DATED: 12-9-09

HONORABLE GORDON THOMPSON, JR.
United States District Judge